15994.  KNIGHT *v.* THE STATE.

BROYLES, C. J.  The motion for a new trial contained the usual general grounds only; the verdict was authorized by the evidence; and, the trial judge having overruled the motion for a new trial, this court is without authority to interfere.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED JANUARY 15, 1925.  REHEARING DENIED FEBRUARY 11, 1925.

Indictment for possession of liquor; from Clayton superior court —Judge Hutcheson. October 4, 1924.

*H. A. Allen,* for plaintiff in error.